# Exhibit A

Frank Tufano
25 Dundaff ST
Carbondale, PA 18405
(917)599-2160
frankatufano@gmail.com

PENNSYLVANIA COURT OF COMMON PLEAS

LACKAWANNA COUNTY

| | |
|---|---|
| FRANK TUFANO, | Case No.: 25CV5634 |
| Plaintiff, | |
| vs. | SUMMONS |
| GOOGLE (ALPHABET INC.) | |
| REALSELF INC. | |
| MEHRYAR RAY TABAN MD | |
| MEHRYAR TABAN MD INC. | |
| Defendant | |

TO THE ABOVE NAMED DEFENDANT(s) YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your answer, or if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiffs' Attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of Pennsylvania); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Friday, July 25, 2025

_____
Frank Tufano
Plaintiff

Defendant's Address:
Alphabet Inc., Google
1600 Amphitheatre PKWY
Mountain View, CA 94043

SUMMONS - 1

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ County

**For Prothonotary Use Only:**

Docket No: 25 CV 5634

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Frank Tufano

**Lead Defendant's Name:** Google (Alphabet Inc.)

**Are money damages requested?** [X] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes [X] No

**Is this an MDJ Appeal?** [ ] Yes [X] No

**Name of Plaintiff/Appellant's Attorney:** _____
- [X] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [X] Other: Fraud

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other _____
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

```
1   Frank Tufano
    25 Dundaff ST
2   Carbondale, PA 18407
    (917)599-2160
3   frankatufano@gmail.com
4
```



## PENNSYLVANIA COURT OF COMMON PLEAS

## LACKAWANNA COUNTY

FRANK TUFANO

    Plaintiff,

vs.

GOOGLE (ALPHABET INC.)

REALSELF INC.

MEHRYAR RAY TABAN MD

MEHRYAR TABAN MD INC.

    Defendants

Case No.: 25 CV 5634

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

1. Frank Tufano has been left with permanent health issues and disability as a result of a procedure performed by Dr. Mehryar Taban in November of 2023.

2. Frank Tufano has been physically, mentally, and financially broken after undergoing over 10 revision surgical procedures and spending his life's savings in an attempt to restore his appearance and vision.

3. After leaving reviews himself, and getting feedback from other patients, Frank Tufano realized that two of the most popular review platforms, Google and Realself, were manipulating the reviews in favor of Doctors.

4. Frank Tufano was horrifically botched and disfigured by Dr. Taban, but when he tried posting his before and after photos to these two websites, his review was taken down. This was a 100% objective and factual review.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

5. Frank Tufano is unable to warn other patients of what Dr. Taban did to him, just as previous patients were unable to warn Frank.

6. Google and Realself both internally regulate reviews to filter out all negative reviews so that the Doctors may maintain a positive reputation.

7. Because of Dr. Tabans positive online reputation, mainly due to these reviews, Frank Tufano had surgery with him. However, now that Frank Tufano knows these reviews are manipulated, it is understandable why he was botched.

8. The surgery failed because Dr. Taban is conspiring with google, realself, and other online review platforms to artificially inflate his reputation and get customers to think he is a highly skilled surgeon capable of giving them fantastic results, when the reality is far from the perceived truth.

9. These manipulated results are far from the actual true results of his practice, and due to this online manipulation that has likely been going on for many years, there are likely hundreds of botched patients unable to share their stories.

10. If these websites were not manipulating their reviews, and allowed all patients, especially botched or those with negative results, to publish their experiences, there is no way that Frank Tufano would have ever considered surgery with Dr. Taban, his reputation would have already been poor due to previous botches.

11. When Frank Tufano views Dr. Tabans google reviews in his browser, his review pops up as the first one to be seen. When Frank Tufano uses an incognito browser, he cannot even find his own review. Google is comprehensively manipulating these reviews with malicious intent.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 2

## JURY TRIAL DEMANDED

12. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

13. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

## JURISDICTION

14. Except where exclusive original jurisdiction of an action or proceeding is by statute or by general rule adopted pursuant to section 503 (relating to reassignment of matters) vested in another court of this Commonwealth, the courts of common pleas shall have unlimited original jurisdiction of all actions and proceedings, including all actions and proceedings heretofore cognizable by law or usage in the courts of common pleas.

15. Frank Tufano's residence and domicile where the event occurred is established in Carbondale, PA, at 25 Dundaff ST.

16. Google operates several Corporations and LLC's out of Mountain View, CA.

17. Realself has a corporation registered in Delaware.

## FIRST CLAIM FOR RELIEF
## FRAUDULENT CONCEALMENT

18. Fraudulent Concealment

    A. Concealment or Suppression of a Material Fact: This involves hiding or not disclosing information that is relevant and would likely influence the other parties decision.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 3

B. Duty to Disclose: The person concealing the information must have a legal or contractual obligation to disclose it.

C. Intent to Defraud: The person concealing the information must have intended to deceive or mislead the other party.

D. Reliance and Damage: The other party must have relied on the lack of information and suffered harm or loss as a result.

19. Google and Realself have conspired with Dr. Taban to suppress negative reviews, which they should have disclosed as an "objective" review platform, but instead intentionally hid these reviews and as a result have caused permanent and irreversible damage to patients who were botched by Dr. Taban

## SECOND CLAIM FOR RELIEF
## CIVIL CONSPIRACY

20. Civil conspiracy is a legal claim where two or more individuals are held liable for damages resulting from a coordinated effort to commit an unlawful act. It's not a standalone tort, but rather a claim that arises when a wrongful act is committed in furtherance of a common design to cause harm.

21. Realself and Google have conspired with Dr. Taban to suppress negative reviews in order to artificially isolate Dr. Taban's positive results, exaggerating his surgical expertise, which has results in many patients being victims of medical malpractice that is being hidden in said negative reviews.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 4

## THIRD CLAIM FOR RELIEF
## FEDERAL TRADE COMMISSION REGULATIONS

22. The FTC has implemented rules to combat deceptive practices related to consumer reviews and testimonials.

   A. Fake or False Reviews: Businesses cannot crate, buy, sell, or disseminate fake reviews or testimonials that misrepresent the reviewers existence, experience, or the nature of their interaction with the product or service.

   B. Buying positive or negative reviews: Offering incentives or compensation conditioned on the review expressing a specific sentiment (positive or negative) is prohibited.

   C. Insider Reviews: Reviews written by company insiders like employees or managers must clearly disclose their connection to the business.

   D. Review suppression: Businesses cannot use threats (legal, physical, or intimidation) or misrepresent that displayed reviews represent all feedback to prevent or remove negative reviews.

23. Based on these four aspects of the FTC regulations, Frank Tufano has personally identified each of them being broken on different occasions. Dr. Taban is likely buying false positive reviews due to specific speech patterns and unlikely grammar being used in certain reviews, which may even be written specifically by his social media managers. That violates the first 3 regulations, and Frank Tufano's reviews have been personally suppressed on both of these platforms, Google and Realself.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 5

## FOURTH CLAIM FOR RELIEF
## CONSUMER REVIEW FARINESS ACT

24. The Consumer Review Fairness Act protects consumers ability to share their honest feedback about businesses, even if it's negative. It makes it illegal for companies to include contract provisions that restrict individuals from reviewing a company's products services, or conduct.

25. Based on Frank Tufano's experiences, it is very clear that this act is not being enforced for any of the defendants in question.

## FIFTH CLAIM FOR RELIEF
## 231 PA. CODE R. 4003.8 – PRE COMPLAINT DISCOVERY

26. It is very clear based on events that have occurred over the past two years that Dr. Taban has had direct contract with these review platforms in order to obtain favorable results to promote his business.

27. It is unlikely that these companies will honestly publish interactions had between themselves, as they would be breaking the law, and most of this is conducted in secrecy.

28. Frank Tufano requests a subpoena against Google that he may used to obtain all email records for Dr. Tabans office (office@tabanmd.com, doctor@tabanmd.com) as well as whatever service email that Google Reviews and Realself use to interact with their clients.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 6

## PRAYER FOR RELIEF

29. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

   A. Frank Tufano be reimbursed for the permanent damaged caused to his vision, physical appearance, and business, as a result of the botched surgery by Dr. Taban.

   B. This amount is estimated to be $484,396,666 to be divided evenly between the parties for an amount of $161,465,555 each.

Dated: Monday, June 30, 2025

By:      /s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 7

**List of Googles Operating Entities**

**Alphabet, inc.**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google Voice, Inc.**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google Fiber Inc.**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google International LLC**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google North America Inc**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google LLC**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

**Google Germany Holdings Inc**

1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 8