IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| FRANK TUFANO, *pro se* | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:25-CV-1574 |
| GOOGLE LLC | : |
| ALPHABET INC. | : |
| REALSELF INC. | : |
| MEHRYAR RAY TABAN MD and | : |
| MEHRYAR TABAN MD INC. | : |
| Defendants. | : JURY TRIAL DEMANDED |

---

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Please enter our appearance on behalf of defendants Mehryar Ray Taban, M.D. and Mehryar Taban M.D., Inc. in the above captioned matter.

                  GOLDFEIN & JOSEPH, P.C.

Dated: 9/2/25         By:    /s/ *Zachary T. Smith*
                               Zachary T. Smith, Esquire
                               I.D. No. 323513
                               One Bala Plaza
                               231 Saint Asaphs Road, Suite 622
                               Bala Cynwyd, PA  19004-1403
                               (215) 979-8200
                               Facsimile:  (215) 979-8201
                               Zsmith@goldfeinlaw.com

## CERTIFICATE OF SERVICE

       I hereby state that on this date I electronically filed my Entry of Appearance on behalf of defendants Mehryar Ray Taban, M.D. and Mehryar Taban M.D., Inc. in the above-captioned matter and a true and correct copy of the filing can be viewed and downloaded by all parties upon notification of the Court.

PRO SE PLAINTIFF **VIA EMAIL, U.S. MAIL and FEDEX**
Frank Tufano
25 Dundaff Street
Carbondale, PA  18405
frankatufano@gmail.com

COUNSEL FOR DEFENDANT GOOGLE/ALPHABET **VIA EMAIL**
Nicholas E. Hakun, Esquire
Alicia Sontag, Esquire
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW
Washington, DC  20006-3814
nhakun@wsgr.com
asontag@wsgr.com

UNREPRESENTED DEFENDANT **VIA U.S. MAIL**
REALSELF INC.
83 S. King Street, Suite 700
Seattle, WA 98104
    and
REALSELF INC.
2428 Crockett Street
Seattle, WA 98199

CORPORATE COUNSEL FOR REALSELF, INC. **VIA EMAIL**
Jonathan Rosan, Esquire
Pierson Ferdinand
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Jonathan.Rosan@pierferd.com

                                            GOLDFEIN & JOSEPH, P.C.

Dated: 9/2/25                    By:    /s/ *Zachary T. Smith*
                                                Zachary T. Smith, Esquire
                                                I.D. No. 323513
                                                One Bala Plaza
                                                231 Saint Asaphs Road, Suite 622
                                                Bala Cynwyd, PA  19004-1403
                                                (215) 979-8200
                                                Facsimile:  (215) 979-8201
                                                Zsmith@goldfeinlaw.com