THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

        Plaintiff

v.

GOOGLE LLC, et al.,

        Defendants

: 3:25-CV-1574
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS \_\_15th\_\_ DAY OF DECEMBER, 2025, upon review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 22) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 22) is **ADOPTED** for the reasons stated therein.

2. Defendants Google LLC and Alphabet Inc.'s Motion to Transfer (Doc. 14) is **GRANTED**. The above-captioned action is **TRANSFERRED** to the United States District Court for the Northern District of California.[1]

---

[1] Plaintiff's complaint names the following five defendants: Mehryar Ray Taban, MD, Mehryar Ray Taban MD Inc., Google LLC, Alphabet Inc., and RealSelf, Inc. By prior order, this Court adopted Judge Carlson's R&R (Doc. 21) and granted the Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2) filed by Mehryar Ray Taban, MD and Mehryar Ray Taban MD Inc. Thus, the only remaining defendant is RealSelf, Inc. Here, no counsel has entered an appearance on behalf of RealSelf, Inc. and the record does not demonstrate that RealSelf, Inc. was ever served with the Complaint (see Decl. of Attorney Hakun on behalf of Google LLC and Alphabet Inc., Doc. 1-1, ¶ 16 ("Upon information and belief, . . . RealSelf Inc., has not been served with the Complaint or their respective Summons papers in the State Court Action. Indeed, Plaintiff has not filed proofs of service in the State Court Action for Google, RealSelf Inc., or either of the Taban Defendants.")). This Court will thus dismiss Defendant RealSelf, Inc., without prejudice, pursuant to Fed. R. Civ. P. 4(m) for failure to timely serve the complaint. Although not the basis for its dismissal of this defendant, the Court also notes that, where RealSelf Inc. is a corporation organized under the laws of the State of Washington with a principal place of

3. Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss the Complaint (Doc. 15) is **DISMISSED WITHOUT PREJUDICE** to the re-filing of the motion in the United States District Court for the Northern District of California upon completion of the transfer.

4. The Clerk of Court is directed to **CLOSE** the case in the United States District Court for the Middle District of Pennsylvania.

_____
Robert D. Mariani
United States District Judge

---

business in Seattle, WA, (*id.* at ¶ 10), and Plaintiff's Complaint is devoid of any factual allegations against RealSelf, Inc. which would demonstrate that this Court has personal jurisdiction over Defendant RealSelf, Inc., it appears that the claims against this defendant would be subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.